# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES SULLIVAN, JR., et al, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | CIVIL ACTION NO. 06-4437 <br><br> **SECTION B, MAG. 4** <br><br> **JUDGE: IVAN L.R. LEMELLE** <br><br> **MAG: KAREN WELLS ROBY** |



## PROPOSED JOINT SCHEDULING ORDER

After considering the parties' Motion for Entry of Joint Scheduling Order and this Court's January 20, 2010 (Docket No. 145) Minute Entry, and upon finding good cause for entry of the proposed case management deadlines, IT IS ORDERED that:

### MERITS DISCOVERY ON VALIDITY OF THE 2002 AMENDMENT

1. Discovery limited to the issue of whether the Plan was validly amended in 2002 will be completed by April 8, 2010.

2. Defendants agree to supplement prior written discovery responses as necessary with regard to the issue of whether the Plan was validly amended in 2002. In addition, Defendants reserve their right to have Plaintiffs supplement prior written discovery responses on that issue as needed within the discovery period set forth herein.

3. The Court will convene a status conference to discuss the findings of discovery, and to possibly pick briefing schedule deadlines for cross motions for summary judgment, or to

revisit the class certification issue. Such conference will be held on April 9, 2010, or on the next available date convenient to the Court.

New Orleans, Louisiana, this 24th Day of February, 2010.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

5171985