**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMES SULLIVAN, JR., ET AL**                    **CIVIL ACTION**

**VERSUS**                                        **NO. 06-4437**

**MONSANTO COMPANY, ET AL**                       **SECTION "B"(4)**


<u>ORDER</u>

Considering the forgoing (Rec. Doc. No. 149),

**IT IS ORDERED** that the status conference scheduled for April

9, 2010 shall be **continued** to **<u>Wednesday, April 14, at 9:00 a.m.</u>**

New Orleans, Louisiana, this <u>4th</u> day of <u>March, 2010</u>.


_____
United States District Judge